IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NARENDER SINGH, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-26-403-D |
| | ) |
| SCARLET GRANT et al., | ) |
| | ) |
| Respondents. | ) |

## ORDER

A review of the docket indicates the filing fee in this case has not yet been paid. If the fee is not paid, or a motion for leave to proceed *in forma pauperis* is not filed, **within 3 business days** of the initiation of the case, the matter may be subject to dismissal without prejudice.

In addition, it appears counsel for Petitioner is not a resident of, and does not maintain an office in Oklahoma, he is therefore required to comply with LCvR83.3(a), which requires association of nonresident counsel with local counsel. Further, if counsel for Petitioner is not admitted to practice before this court, an application to be admitted *pro hac vice* in accordance with LCvR 83.2(g) must also be submitted. Counsel must also file an entry of appearance pursuant to Local Civil Rule 83.4. ACCORDINGLY, Petitioner's Counsel shall address these matters no later than **March 11, 2026**. Failure to comply with this Order may result in the dismissal of this action.

**IT IS SO ORDERED** on March 9, 2026.

SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE