## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **NARENDER SINGH,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-403-D** |
| | ) | |
| **SCARLET GRANT et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

### ORDER

On March 9, 2026, The Court ordered Petitioner's Counsel to comply with the Local Rules by associating with local counsel and filing an entry of appearance. *See* LCvR83.3(a) and LCvR 83.4. In addition if counsel for Petitioner is not admitted to practice before this court, an application to be admitted *pro hac vice* in accordance with LCvR 83.2(g) must also be submitted. The deadline to comply was March 11, 2026. Counsel for Petitioner was warned that failure to comply with this Order may result in the dismissal of this action. *See* ECF No. 5. To date, Counsel has not responded to the Court's order.

The Court again **ORDERS** counsel to comply with the Local Rules of this Court as identified above on or before **March 27, 2026**. *See supra*. If counsel fails to timely comply with this order to cure, the Court will deem him withdrawn as counsel for Petitioner in this action. And counsel's failure to comply with this Order may also result in the Court dismissing this action for failure to prosecute

**IT IS SO ORDERED** on March 24, 2026.

SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE